# E-filing

1

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  POPE    ANTHONY    L.
         (Last)      (First)      (Initial)

3  Prisoner Number  J-18522
4            CSP-Solano  1-244-U
   Institutional Address  P.O. BOX 4000
5           Vacaville, CA. 95696-4000

6

7  ### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

8  Anthony LaShawn Pope
  (Enter the full name of plaintiff in this action.)

9                      vs.         )    Case No. CV 08 1502 CRB (PR)
10         Anthony L. Pope     )    (To be provided by the clerk of court)
11                     )    PETITION FOR A WRIT
                      )    OF HABEAS CORPUS
12                     )
13  D.K. Sisto             )
14  (Enter the full name of respondent(s) or jailor in this action) )

15

16  ### Read Comments Carefully Before Filling In

17  Underline: When and Where to File

18        You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23        If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS                     1

1    Who to Name as Respondent

2        You must name the person in whose actual custody you are. This usually means the Warden or

3    jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4    you are imprisoned or by whom you were convicted and sentenced. These are not proper

5    respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7    but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8    custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9    was entered.

10   A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11       1. What sentence are you challenging in this petition?

12           (a)    Name and location of court that imposed sentence (for example; Alameda

13                  County Superior Court, Oakland):

14                  <u>Solano County Superior Ct.</u>          ?

15                  Court                          Location

16           (b)    Case number, if known ___?_____

17           (c)    Date and terms of sentence ___?_____

18           (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                  parole or probation, etc.)        Yes ✓    No _____

20                  Where? CSP- Solano

21                  Name of Institution: CSP - Solano
                    P.O. Box
22                  Address: Vacaville, CA. 95696 - 4000

23       2. For what crime were you given this sentence? (If your petition challenges a sentence for

24   more than one crime, list each crime separately using Penal Code numbers if known. If you are

25   challenging more than one sentence, you should file a different petition for each sentence.)

26   <u>Child Molestation - 15 counts upon multiple</u>

27   <u>victims</u>

28   _____

3. Did you have any of the following?

    Arraignment:                      Yes _____    No √

    Preliminary Hearing:           Yes _____    No √

    Motion to Suppress:            Yes _____    No √

4. How did you plead?

    Guilty _____    Not Guilty _____    Nolo Contendere _____

    Any other plea (specify) NO _____

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone_____    Judge alone on a transcript _____

6. Did you testify at your trial?           Yes _____    No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment               Yes _____    No _____

    (b)    Preliminary hearing       Yes _____    No _____

    (c)    Time of plea              Yes _____    No _____

    (d)    Trial                     Yes _____    No _____

    (e)    Sentencing               Yes _____    No _____

    (f)    Appeal                  Yes _____    No _____

    (g)    Other post-conviction proceeding    Yes _____    No _____

8. Did you appeal your conviction?        Yes _____    No _____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal           Yes _____    No _____

            Year: _____    Result:_____

            Supreme Court of California    Yes _____    No _____

            Year: _____    Result:_____

            Any other court           Yes _____    No _____

            Year: _____    Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

1     petition?                       Yes _____    No_____

2     (c)   Was there an opinion?         Yes _____    No_____

3     (d)   Did you seek permission to file a late appeal under Rule 31(a)?

4                                     Yes _____    No_____

5          If you did, give the name of the court and the result:

6     _____

7     _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?         Yes _____   No √

10       [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16     (a)   If you sought relief in any proceeding other than an appeal, answer the following

17          questions for each proceeding. Attach extra paper if you need more space.

18          I.   Name of Court: _____

19                Type of Proceeding: _____

20                Grounds raised (Be brief but specific):

21                    a._____

22                    b._____

23                    c._____

24                    d._____

25                Result: _____Date of Result:_____

26          II.   Name of Court: _____

27                Type of Proceeding: _____

28                Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result:_____Date of Result:_____

III.    Name of Court:_____

Type of Proceeding:_____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result:_____Date of Result:_____

IV.    Name of Court:_____

Type of Proceeding:_____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result:_____Date of Result:_____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ✓    No_____

Name and location of court: Northern District
450 Golden Gate Ave
San Francisco, CA. 94102

B.  GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully.  Give facts to

support each claim.  For example, what legal right or privilege were you denied?  What happened?

Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you

1   need more space. Answer the same questions for each claim.

2       [Note:  You must present ALL your claims in your first federal habeas petition. Subsequent

3   petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5       Claim One:  Defamation Of Character

6       _____

7       Supporting Facts:  On 2-20-08 I received an envelope from the

8       Attorney Generals Office which was legal mail. inside was

9       an answer or rather an response from the Attorney

10      General asking the Northern District of CA. for an  —

11      Claim Two: _____

12      _____

13      Supporting Facts: _____

14      _____

15      _____

16      _____

17      Claim Three: _____

18      _____

19      Supporting Facts: _____

20      _____

21      _____

22      _____

23      If any of these grounds was not previously presented to any other court, state briefly which

24   grounds were not presented and why:

25      _____

26      _____

27      _____

28      _____

Supporting facts: Continued #2

extension of time and the Northern District
granting a 30 day extention. There were three
separate parts enclosed in the envelope. One was
the Application For Enlargement Of Time To File
Answer. Second was Declaration Of Counsel
In Support Of Application For Enlargement Of
Time To File Answer. Third was the Order.
On the Declaration Of Counsel In Support Of
Application For Enlargement Of Time To File
Answer on the first page and last paragraph
it says "In 2004, petitioner was convicted in
Solano County of fifteen counts of various
child molestation upon multiple victims. He
was sentenced to 18 years and four months in
prison. He has unsuccessfully pursued state
direct and collateral review.
I was never detained, arrested, or sentenced
to any kind of child molestation in 2004 upon
any child. In fact I was never detained,
arrested, or sentenced in any county on
planet earth ever of child molestation.
I was arrested in Alameda County in
Oakland, CA. on December 26, 2002 and
sentenced to 19 years on April 2, 2004 —

Supporting Facts: Continued #3

for Second Degree Attempted Robbery.
 This false accusation and conviction is
causing me an undue amount of pain and
suffering because the Attorney General now
has every convict believing that I'm a
child molester. For the Attorney General to
be the head lawyer of California and a
Professional business person he should
Know better than to Defame a Persons
Character or Slander a persons name.
What he is saying is 100% false and a
false accusation.
 Also Prosecutors misstatement of
evidence is a Due Process Violation.
 I'm asking that I be issued another
Declaration Of Counsel In Support Of
Application For Enlargement Of Time To
File Answer minus the False Child
Molestation accusations which is the last
paragraph on first page plus damages in
the amount of $50,000.00 from the
Attorney Generals Office.
 Also the way it's wrote its like it was done
on purpose so I should charge the A.G.

Supporting Facts # 4 continued

With Attempted Murder because that isn't just harmless error. The A.G. is saying I was sentenced to a totally different crime than what I'm in here for, and child molesters are not liked in prison or on the outside and there's documented evidence of people being falsely accused and murdered.

1     List, by name and citation only, any cases that you think are close factually to yours so that they

2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3   of these cases:

4   ① Shively v. Bozanich, supra, 31 Cal. 4ᵗʰ 1230, 1238, alleged

5   that she had been defamed by being described as a "felony

6   probationer" in the book A problem of evidence.

7   Do you have an attorney for this petition?                    Yes____    No ✓

8   If you do, give the name and address of your attorney:

9   _____

10     WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13   Executed on ___3-16-08___                    Anthony S. Pope

14               Date                              Signature of Petitioner

15

16

17

18

19

20   (Rev. 6/02)

21

22

23

24

25                                          \

26

27

28

PET. FOR WRIT OF HAB. CORPUS        -7-

Supporting Cases :   Continued #2

 Under the general rule, a new cause of action for defamation arises each time the defamer "repeats or recirculates his original remarks to a new audience. Ibid . ; Newell, Libel and Slander (2d. ed. 1898 Publication of Deflamatory Matter, § 23 p.243

② Manguso v. Oceanside, Cal . 4th 1230, 1249

③ Prosecutors misstatement of Evidence, Due Process Violation

   a) United States v. Cabrera, 201 F.3d 1243, 1246 (9th Cir. 2000)

   b) U.S. v. Robledo - Vela , 45 Fed. Appx .567 (9th Cir. 2002)

④ Smith v. Wade (1983) 461 U.S. Punitive damages may be awarded in civil rights action based on reckless or callous disregard of plaintiffs rights.

# EXHIBIT COVER PAGE:

Exhibit: _____A_____

Description of this exhibit: C 07-0434 CRB (PR)

Application for Enlargement
of Time To File Answer

Number of pages of this exhibit: ___3___ pages

JURISDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

__✓__ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

1   EDMUND G. BROWN JR.
    Attorney General
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   GREGORY A. OTT
    Deputy Attorney General
6   State Bar No. 160803
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102
    Telephone: (415) 703-5964
8   Fax: (415) 703-1234
    E-mail: gregory.ott@doj.ca.gov
9   Attorneys for Respondent

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13                                          C 07-0434 CRB (PR)
    ANTHONY L. POPE,
14                                          APPLICATION FOR
                             Petitioner,    ENLARGEMENT OF TIME TO
15                                          FILE ANSWER
            v.
16
    D.K. SISTO, Warden,
17
                             Respondent.
18

19

20         For the reasons stated in the accompanying declaration of counsel, respondent hereby

21   requests a thirty-day enlargement of time in which to file its answer or other pleading responsive to

22   the petition for writ of habeas corpus. As explained in the accompanying declaration, counsel has

23   not yet received the entire record of petitioner's state proceedings. Counsel cannot determine

24   whether the petition is timely or exhausted, and cannot yet address petitioner's claim on the merits,

25   even assuming timeliness and exhaustion.

26         Counsel has not contacted petitioner regarding this request, as he is in custody and not

27   represented by counsel.

28

1        WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

2  time, to and including March 12, 2008, in which to file his answer.

3        Dated: February 14, 2008

4                                      Respectfully submitted,

5                                      EDMUND G. BROWN JR.
                                    Attorney General

6                                      DANE R. GILLETTE
                                    Chief Assistant Attorney General

7                                      GERALD A. ENGLER
                                    Senior Assistant Attorney General

8                                      PEGGY S. RUFFRA
                                    Supervising Deputy Attorney General

9

10                                     /s/ Gregory A. Ott
                                    GREGORY A. OTT

11                                     Deputy Attorney General

12                                     Attorneys for Respondent

13

GAO
14 40218727.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Pope v. Sisto, Warden**

No.:   **C 07-0434 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On February 15, 2008, I served the attached

### APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER

### DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER

### ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Anthony LaShawn Pope
CDC No. J-18522
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 15, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

40218738.wpd

# EXHIBIT COVER PAGE:

Exhibit: B

Description of this exhibit: C 07-0434 CRB (PR)
Declaration Of Counsel in Support
Of Application For Enlargement Of
Time To File Answer

Number of pages of this exhibit: 2 pages

JURISDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

___✓___ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

1   EDMUND G. BROWN JR.
    Attorney General
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   GREGORY A. OTT
    Deputy Attorney General
6   State Bar No. 160803
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102
    Telephone: (415) 703-5964
8   Fax: (415) 703-1234
    E-mail: gregory.ott@doj.ca.gov
9   Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13                                          C 07-0434 CRB (PR)
    ANTHONY L. POPE,
14                                          DECLARATION OF COUNSEL IN
                              Petitioner,   SUPPORT OF APPLICATION FOR
15                                          ENLARGEMENT OF TIME TO
         v.                                 FILE ANSWER
16
    D.K. SISTO, Warden,
17
                              Respondent.
18

19

20       I, GREGORY A. OTT, declare under penalty of perjury as follows:

21       I am the California Deputy Attorney General assigned to represent respondent in this case.

22   Respondent's answer was due on February 11, 2008, per this Court's December 14, 2007, Order To

23   Show Cause. I recognize that the instant application is three days beyond its due date, and apologize

24   to the Court and petitioner for an inconvenience caused.

25       I have not previously requested an enlargement of time in this case.

26       In 2004, petitioner was convicted in Solano County of fifteen counts of various child

27   molestation upon multiple victims. He was sentenced to eighteen years and four months in prison.

28   He has unsuccessfully pursued state direct and collateral review.

1        I request an additional thirty days to file my answer for the following reasons. I have not

2  yet received the bulk of the record of petitioner's state conviction and post-conviction proceedings.

3  Because petitioner did not directly appeal from his judgment, no "record on appeal" was generated

4  in state court; this office previously had no record at all of petitioner's conviction. Since receiving

5  this Court's Order to Show Cause, I have begun recreating the record, albeit small—petitioner's

6  judgment is based on a plea—of petitioner's judgment. I have received some, but not all, of the

7  record of petitioner's conviction from the Alameda County Superior Court. I am also still receiving

8  the record of petitioner's numerous state collateral review petitions and orders. At this point, I

9  cannot determine whether the petition is exhausted or timely. Even assuming timeliness and

10  exhaustion, I cannot address petitioner's numerous claims on the merits until I receive the balance

11  of the state record. I anticipate receiving the balance of my requested materials by the end of next

12  week. Should I receive the materials in that time frame, I do not anticipate needing additional time

13  to respond to the answer.

14        I have not contacted petitioner regarding this request, as he is in custody and not

15  represented by counsel.

16        Accordingly, I request that the Court grant respondent to and including March 12, 2008,

17  in which to file its answer or other response to the petition.

18        I declare under penalty of perjury of the laws of the State of California and the United

19  States of America that the foregoing is true and correct. Executed at San Francisco, California on

20  February 14, 2008.

21

22

23                               _/s/ Gregory A. Ott___
                                  GREGORY A. OTT

24                                Deputy Attorney General

25

26

27

28

# EXHIBIT COVER PAGE:

Exhibit: C

Description of this exhibit: C 07-0434 CRB (PR)

Order

Number of pages of this exhibit: 1 pages

**JURISDICTION:** (Check only one)

_____ **Municipal Court**

_____ **Superior Court**

_____ **Appellate Court**

_____ **State Supreme Court**

✓ **United States District Court**

_____ **United States Circuit Court**

_____ **United States Supreme Court**

_____ **California Department of Corrections, 602 Exhibit.**

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
                                              C 07-0434 CRB (PR)
12   ANTHONY L. POPE,
                                              **ORDER**
13                              Petitioner,

14        v.

15   D.K. SISTO, Warden,

16                              Respondent.

17

18        GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March

19   12, 2008, to file his answer to the petition for writ of habeas corpus. If Petitioner wishes to respond

20   to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within

21   thirty days of service of the answer.

22        Respondent may file a motion to dismiss on procedural grounds in lieu of an answer. If

23   Respondent files such a motion, Petitioner shall file with the court and serve on Respondent an

24   opposition or statement of nonopposition within thirty days of receipt of the motion, and Respondent

25   shall file with the court and serve on Petitioner a reply within fifteen days of receipt of any

26   opposition.

27   DATED: _____, 2008.

28
                                    _____
                                    CHARLES R. BREYER
                                    United States District Judge

# EXHIBIT COVER PAGE;

Exhibit: __D__

Description of this exhibit:
12/30/02 Arraignment paper
Superior court of County of Alameda (Oakland, CA)
Complaint # 453080
People of state of CA vs. Anthony L. Pepe
Number of pages of this exhibit: __5__ pages

## JURISDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

__✓__ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

Dept. No. 112
12/30/02  I/C

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA,
### WILEY W. MANUEL COURTHOUSE

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | NO.  483658 |
| | COMPLAINT |
| v. | |
| **ANTHONY POPE** | PFN: AOS576   CEN: |
| | |
| _____ Defendant(s). | |

The Undersigned, being sworn says, on Information and belief, that ANTHONY POPE did, in the County of Alameda, State of California, on or about December 26, 2002, commit a Felony, to wit: ATTEMPTED SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, in that said defendant(s) did unlawfully, and by means of force and fear take personal property from the person, possession, and immediate presence of ADRIANA LOPEZ.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code Section 1192.7(c)."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

### FIRST PRIOR CONVICTION AS TO DEFENDANT POPE
The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about August 16, 1994, was convicted in the Superior Court of the State of California, in and for the County of CONTRA COSTA, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)
It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY
It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## SECOND PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about April 20, 1994, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## THIRD PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about April 20, 1994, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## FOURTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## FIFTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS) .

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## SIXTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

### 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

### CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## SEVENTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 1, 1987, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a prison term therefor.

## 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

## CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## EIGHTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about April 3, 1990, was convicted in the Superior Court of the State of California, in and for the County of CONTRA COSTA, of the crime of a Felony, to wit: FIRST DEGREE RESIDENTIAL BURGLARY, a violation of section 459 of the PENAL CODE of California, and received a sentence of probation therefor.

## 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

## CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## NINTH PRIOR CONVICTION AS TO DEFENDANT POPE

The undersigned further alleges that before the commission of the offense specified above, said defendant ANTHONY POPE, on or about September 14, 1994, was convicted in the Superior Court of the State of California, in and for the County of LASSEN, of the crime of a Felony, to wit: SECOND DEGREE ROBBERY, a violation of section 211 of the PENAL CODE of California, and received a prison term therefor.

## CAL PRIOR-SERIOUS FELONY

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code section 667(a)(1).

## 3 STRIKES (TWO PRIORS)

It is further alleged as to count one that the above prior conviction is within the purview of Penal Code sections 1170.12(c)(2)(A) and 667(e)(2)(A).

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Complainant therefore prays that a warrant issue and that said defendant(s) be dealt with according to law.

Subscribed and sworn to before me,
Monday, December 30, 2002

SANDRA L. QUIST
Assistant District Attorney
State Bar #72309 sq
Alameda County, California

_SGT. E. TEASE_
/s/ Oakland PD-02-120533

Anthony L. Pope J-17522
CSP- Solano
P. O. Box 4000
Vacaville, CA 95696- 4000

Office of the Clerk, U.S. District Court
Northern District of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA. 94102

**RECEIVED**

MAR 1 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

