```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017434
Cashier ID: almaceh
Transaction Date: 03/26/2008
Payer Name: BILL LOCKYER
--------------------------------
WRIT OF HABEAS CORPUS
 For: ANTHONY POPE
 Amount:        $5.00
--------------------------------
CHECK
 Check/Money Order Num: 585499
 Amt Tendered: $5.00
--------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-1502 CRB

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

3/17/08
Monday

Northern District CT.:

I mailed a 28 US 2254 Writ yesterday. This is the $5.00 to pay for the filing fee. I am incarcerated so I have to wait for the trust office here to send the $5 filing fee. Thanks for your patience.

C08-1502CRB
-O1

Anthony S. Pope J-18522
CSP-Solano 1-244-U
P.O. Box 4000
Vacaville, CA. 95696-4000



Anthony L. Pope J-18522
CSP-Solano    1-244-U
P.O. Box 4000
Vacaville, CA. 95696-4000

CSP SOLANO
STATE PRISON

clerk of the court
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA. 94102

Legal Mail