FILED

APR X 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY L. POPE, | ) | |
| Petitioner, | ) | No. C 08-1502 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| D. K. SISTO, Warden, | ) | |
| Respondent(s). | ) | |

Anthony L. Pope, a prisoner at California State Prison, Solano, has filed a pro se petition for a writ of habeas corpus alleging defamation of character. Specifically, Pope alleges that the attorney general's office incorrectly referred to him as a child molester in a declaration filed in support of a request for an extension of time in a pending habeas case of his in this court. Pope seeks an order requiring the attorney general to file a new declaration and damages in the amount of $50,000.

The petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983. The Ninth Circuit has made clear that habeas jurisdiction is absent, and a § 1983 action proper, where,

1  as here, a successful challenge will not necessarily shorten the prisoner's
2  sentence. See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003).
3      The clerk shall enter judgment in accordance with this order, terminate all
4  pending motions as moot and close the file.
5  SO ORDERED.
6  DATED: MAR 3 1 2008
                                                         CHARLES R. BREYER
                                                         United States District Judge

G:\PRO-SE\CRB\HC.08\Pope, A1.or1.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. POPE,　　　　　　　　　　　Case Number: CV08-01502 CRB

　　　　Plaintiff,　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

v.

D.K. SISTO et al,

　　　　Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony LaShawn Pope J-18522
CSP - Solano
1-244-U
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: April 1, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　*Tracy Lucero*

　　　　　　　　　　　　　　　　　　　By: Tracy Lucero, Deputy Clerk